1  **DANIEL A. BACON 065099**
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California  93704-2225
3  Telephone:  (559) 241-7000

4  Attorney for THOMAS BETTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-CR-00191 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS HEARING, |
| vs. | ) | AND ORDER THEREON (note change) |
| THOMAS BETTIS, | ) | DATE:  December 22, 2014 |
|  | ) | TIME:  8:15 AM |
| Defendant, | ) | DEPT:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status hearing and change of plea scheduled before Hon. Lawrence J. O'Neill for December 15, 2014 at 10:00 AM be continued to December 22, 2014 at 8:30 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: December 10, 2014.                BENJAMIN B. WAGNER, United States Attorney

                                         By: /s/ David Gappa
                                         DAVID GAPPA, Assistant United States Attorney
                                         Attorney for Plaintiff

Dated:  December 10, 2014.               /s/ Daniel A. Bacon
                                         DANIEL A. BACON, Attorney for Defendant

STIPULATION TO CONTINUE STATUS HEARING,
AND ORDER THEREON                                                                       1

ORDER

Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), and availability of counsel.  The hearing will take place on December 22, 2014 at **8:15 a.m.**

IT IS SO ORDERED.

Dated:   **December 10, 2014**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE